# United States District Court

__SOUTHERN__ DISTRICT OF __TEXAS__
McAllen Division

UNITED STATES OF AMERICA

V.

**Samario SANTIAGO-Galindo**
YOB: 1982
COC: Mexico

*Name and Address of Defendant*

CRIMINAL COMPLAINT

Case Number: 7:18-po-747

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __December 23, 2018__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendant(s) did,

knowingly, willfully and in violation of law, attempted to gain illegal entry or obtains illegal entry into the United States by willful concealment of a material fact,

in violation of Title __8__ United States Code, Section(s) __1325(a) ( 3 )__
I further state that I am a(n) __Customs and Border Protection Officer__ and that this complaint is based on the following facts:

The defendant attempted to enter the United States illegally at the Hidalgo Port of Entry by presenting a fraudulent United States Passport Card. He was referred into secondary for further inspection. Database queries revealed the document to be counterfeit, as it did not possess the security features of a genuine document. The defendant freely admitted to having purchased the document for $1,300.00 Mexican pesos from an unknown vendor. The defendant is a citizen of Mexico and has no legal status in the United States.

*I declare under penalty of perjury that the statements in this complaint are true and correct.*
Continued on the attached sheet and made a part of this complaint:  [ ] Yes   [X] No

/s/ Carissa Salinas   CBP Enforcement Officer
Signature of Complainant

Sworn to before me and subscribed in my presence,

**December 24, 2018**                                                          at   **McAllen, Texas**
Date                                                                                                City and State

**J. Scott Hacker**
**U.S. Magistrate Judge**
Name and Title of Judicial Officer                                    Signature of Judicial Officer